Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  17-CR-10355-DJC |
| ) | |
| SCOT B. LETOURNEAU ) | |

## WAIVER OF INDICTMENT

    I, Scot B. Letourneau, the above-named defendant, who is accused of Failure to Update Sex Offender Registration, beginning on or about November 1, 2015, and continuing to on or about July 1, 2016, in Bernalillo County and elsewhere in the District of New Mexico, in violation of 18 U.S.C. §2250(a) and 42 U.S.C. §16913, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on November 28, 2017, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: __11/20/17__

Accepted.
Casper, J.
November 20, 2017.